

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

February 11, 1953

Hon. R. A. Weinert                Opinion No. S-04
Chairman
Senate State Affairs Com-    Re: Constitutionality of the
mittee                            provision in Senate Bill
Fifty-third Legislature           98, 53rd Legislature,
Austin, Texas                     authorizing Boards of
                                  Trustees of independent
                                  school districts to ap-
                                  point tax assessor-col-
                                  lectors for a term of
                                  office not to exceed
Dear Sir:                         three years.

        You have requested an opinion concerning the
constitutionality of Senate Bill 98, 53rd Legislature,
authorizing Boards of Trustees of an independent school
district to appoint a tax assessor-collector for a term
of office not to exceed three years.

        Section 16 of Article VII of the Constitution
of Texas provides:

        "The Legislature shall fix by law the
    terms of all offices of the public school
    system and of the State institutions of
    higher education, inclusive, and the terms
    of members of the respective boards, not
    to exceed six years."

        In construing this provision it was held in
Popham v. Patterson, 121 Tex. 615, 51 S.W.2d 680 (1932)
that since the office of county superintendent was
purely statutory the Legislature had the authority to
fix the term of office of county school superintendent
at any period not exceed six years. Since the office
of tax assessor and collector for independent school
districts is purely statutory (Articles 2758, 2779, and
2791, V.C.S.) it is our opinion that the case of Popham
v. Patterson is applicable to Senate Bill 98.

        Therefore, the Legislature is authorized to
prescribe any term for the office of tax assessor and
collector of independent school districts not to exceed

six years. Senate Bill 98 provides for a term of office not to exceed three years and is therefore constitutional.

## SUMMARY

The provision of Senate Bill 98, 53rd Legislature, authorizing Boards of Trustees of independent school districts to appoint tax assessor-collector for a term of office not to exceed three years is constitutional. Tex. Const. Article VII, Sec. 16.

Yours very truly,

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Willis E. Gresham
Reviewer

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

BEL:am

JOHN BEN SHEPPERD
Attorney General

By *Billy E. Lee*
Billy E. Lee
Assistant